~~IRENE RUZIN, Attorney at Law (CSB #125763)~~
~~Law Offices of Irene Ruzin~~
~~16311 Ventura Blvd., Suite 900~~
~~Encino, CA 91436~~
~~TEL: (818) 325-2888 FAX: (818) 325-2890~~
~~ireneruzin@earthlink.net~~

~~Attorney for Plaintiff, ROSALIE JANE SHAPIRO~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROSALIE JANE SHAPIRO, | ) Case No.: CV 12-01203 AN |
| Plaintiff, | ) |
| vs. | ) ~~[PROPOSED]~~ ORDER |
| | ) AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) ARTHUR NAKAZATO |
| | ) UNITED STATES MAGISTRATE |
| Defendants. | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND FOUR HUNDRED DOLLARS ($4,400.00) for all legal services rendered by Plaintiff's attorney in this civil action plus THREE HUNDRED FIFTY DOLLARS ($350.00)

for reimbursement of costs, as authorized by 28 U.S.C. § 2412 (d) and 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: February 19, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE